FILED

08/22/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0178

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0178

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

SHAWN WAYNE MALATARE,

      Defendant and Appellant.

## GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until September 27, 2023, to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
August 22 2023